No. 67472.—Sommers Fabrics Corp. v. United States, protests 298109–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic sheeting similar in use to patent leather and that the issues are similar in all material respects to those the subject of *Prepac, Inc.* v. *United States* (43 Cust. Ct. 97, C.D. 2111), the claim of the plaintiff was sustained.